# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRETT & JENSEN,<br><br>        Plaintiff(s),<br><br>   v.<br><br>HISCOX, INC., doing business as Hiscox Insurance Agency in California,<br><br>        Defendant(s). | Case No.: EDCV 19-919-GW-SHKx<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>Assigned to the Hon. George H. Wu |

     On February 3, 2020, the Court entered an Order granting the Motion to Dismiss Plaintiff's First Amended Complaint [Dkt. No. 40] ("Order"), filed by defendant Hiscox Inc., doing business as Hiscox Insurance Agency in California ("Hiscox, Inc.") and dismissing all remaining claims for relief in the First Amended Complaint with prejudice. A copy of the Order is attached hereto

///

///

as Exhibit A.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Plaintiff's First Amended Complaint is dismissed with prejudice;

2. Judgment is entered in favor of defendant Hiscox, Inc. and against plaintiff Garrett & Jensen;

3. Plaintiff Garrett & Jensen shall take and recover nothing in this action from defendant Hiscox, Inc.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Hiscox, Inc. is awarded costs according to proof.

Dated: February 21, 2020

*George H. Wu*

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE